IN THE CIRCUIT COURT
OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| LONNIE LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>FREIGHTLINER OF HOUSTON, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CASE NO.: CV-05-1520<br>)<br>)<br>)<br>)  2:05CV 690-B<br>)<br>)<br>) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:

Honorable Melissa A. Rittenour
Circuit Clerk
251 S. Lawrence Street
Montgomery, Alabama 36104

Honorable Todd E. Hughes
Vercelli & Associates, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049

Please take notice that the Defendant Houston Freightliner, Inc., incorrectly named in the complaint as Freightliner of Houston, Inc., has on this date filed its Notice of Removal, a true and correct copy of which is attached hereto as Exhibit "A", in the Office of the Clerk of the United States District Court for the Middle District of Alabama, Northern Division, at Montgomery, Alabama.

Dated this the 27th day of July, 2005.

_____
ROGER S. MORROW (MOR032)

_____
JOEL H. PEARSON (PEA019)

_____
MEREDITH L. TOLAR (TOL006)
Attorneys for Defendant Houston Freightliner, Inc., incorrectly named in the Complaint as Freightliner of Houston, Inc.

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
P. O. Box 4804
122 South Hull Street
Montgomery, AL 36103
Telephone: (334) 262-7707
Facsimile: (334) 262-7742

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date mailed a true and correct copy of the foregoing to the following parties of record at their proper mailing addresses, by depositing a copy of the same in the United States Mail, First Class, postage prepaid and affixed thereto; this 27th day of July, 2005:

Honorable Melissa A. Rittenour
Circuit Clerk
251 S. Lawrence Street
Montgomery, Alabama 36104

Honorable Todd E. Hughes
Vercelli & Associates, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049

_____
Of Counsel