IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE LEWIS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 2:05CV690-B |
| FREIGHTLINER OF HOUSTON, INC., | ) |
| Defendant. | ) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

**COMES NOW**, Defendant, Houston Freightliner, Inc., incorrectly named in the Complaint as Freightliner of Houston, Inc., and files its corporate disclosure statement of all parent companies, subsidiaries and affiliates. Houston Freightliner, Inc., is a Delaware corporation with its principal and sole place of business in the State of Texas. Houston Freightliner, Inc., is a private corporation with no publicly traded parent, subsidiary or affiliated companies. Houston Freightliner, Inc., is a wholly owned subsidiary of SelecTransporation Resources, LLC. and a part owner of SelecTrucks of Houston, LLC, neither of which are publicly traded companies.

Dated this the 27th day of July, 2005.

_____
ROGER S. MORROW (MOR032)

_____
JOEL H. PEARSON (PEA019)

[signature: Meredith Tolar]

MEREDITH L. TOLAR (TOL006)
Attorneys for Defendant Houston Freightliner, Inc., incorrectly named in the Complaint as Freightliner of Houston, Inc.

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
P. O. Box 4804
122 South Hull Street
Montgomery, AL 36103
Telephone: (334) 262-7707
Facsimile: (334) 262-7742

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date mailed a true and correct copy of the foregoing to the following parties of record at their proper mailing addresses, by depositing a copy of the same in the United States Mail, First Class, postage prepaid and affixed thereto; this 27th day of July, 2005:

Honorable Todd E. Hughes
Vercelli & Associates, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049

[signature]
Of Counsel