**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                               TELEPHONE (334) 954-3600

August 15, 2005

# NOTICE OF REASSIGNMENT

Re:   Lonnie Lewis v. Freightliner of Houston, Inc.
      Civil Action No.2:05cv690-B

The above-styled case has been reassigned to District Judge Myron H. Thompson..

Please note that the case number is now 2:05cv690-T.  This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk