IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| **LONNIE LEWIS,** | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | CIVIL ACTION NO. | |
| v. | ) | 2:05cv690-T | |
| | ) | | |
| **FREIGHTLINER OF HOUSTON,** | ) | | |
| **INC.,** | ) | | |
| | ) | | |
| Defendant. | ) | | |

## ORDER

It is ORDERED that defendant's motion to dismiss (Doc. No. 4), alternative motion to transfer venue (Doc. No. 4), and alternative motion to stay proceedings and compel binding arbitration (Doc. No. 5) are set for submission, without oral argument, on September 2, 2005, with defendant's brief and evidentiary materials due by August 26, 2005, and plaintiff's brief and evidentiary materials due by September 2, 2005.

DONE, this the 17th day of August, 2005.

                       /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**