IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LONNIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:05cv690-T |
| | ) | |
| FREIGHTLINER OF HOUSTON, INC., | ) | |
| | ) | |
| Defendant. | ) | |

RECEIVED
2005 SEP -2  P 3: 55

## PLAINTIFF'S REPLY AND NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

COMES NOW the Plaintiff, Lonnie Lewis, by and through the undersigned counsel, and having examined the brief submitted by the Defendant in support of its Motion to Compel Arbitration and the relevant supporting legal authority, and having performed legal research upon the issues, hereby notifies the Court and the Defendant that the Plaintiff cannot oppose the Defendant's Motion to Compel Arbitration and the Plaintiff hereby consents to a stay of these proceedings while the claims are submitted to binding arbitration in accordance with the agreement between the parties.

TODD E. HUGHES (HUG040)
Attorney for Plaintiff

OF COUNSEL:
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL:  334-834-8805
FAX:  334-834-8807

## CERTIFICATE OF SERVICE

  I hereby certify that I have on this date mailed a true and correct copy of the foregoing to the following parties of record at their proper mailing addresses, by depositing a copy of the same in the United States Mail, postage prepaid, this the 2nd day of September, 2005.:

  Roger S. Morrow, Esq.
  Joel H. Pearson, Esq.
  MORROW, ROMINE & PEARSON, P.C.
  P.O. Box 4804
  Montgomery, AL 36103

_____
OF COUNSEL