IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LONNIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-690-WKW |
| | ) | |
| FREIGHTLINER OF HOUSTON, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This cause is before the Court on the defendant's Motion to Dismiss and/or to Transfer Venue of Defendant Houston Freightliner, Inc. (Doc. # 4), and the defendant's Alternative Motion to Stay Proceedings and to Compel Binding Arbitration (Doc. # 5) filed on July 27, 2005. The plaintiff filed a response (Doc. # 9) indicating no opposition to the defendant's motion to compel arbitration.

Accordingly, it is hereby ORDERED as follows:

1.    The Alternative Motion to Stay Proceedings and to Compel Binding Arbitration (Doc. # 5) is GRANTED.

2.    The Motion to Dismiss and/or to Transfer Venue of Defendant Houston Freightliner, Inc. (Doc. # 4) is DENIED as MOOT.

3.    The parties to this action are hereby ORDERED to submit all controversies, claims, or disputes between them to arbitration in accordance with the terms of the agreement between them.

4.    This action is STAYED pending the completion of the arbitration or the resolution

of this dispute through negotiated settlement.

5.      The parties are hereby ORDERED to file a jointly prepared report on the status of this case. The first such report shall be filed on July 3, 2006, and the parties shall thereafter file a jointly prepared report on the first Monday of every month until such time as the parties jointly stipulate that this action can be dismissed or until further action is required of this Court. The jointly prepared report shall indicate the status of the arbitration proceedings and the expected date those proceedings will be concluded.

DONE this the 30th day of May, 2006.

                              /s/  W.  Keith Watkins

                              UNITED STATES DISTRICT JUDGE