IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LONNIE LEWIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CIVIL ACTION NO.: 2:05-cv-690-WKW |
| FREIGHTLINER OF HOUSTON, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

RECEIVED
2006 JUL -5 P 3: 03

DEBRA P. HACKETT, C
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## JOINT STATUS REPORT AS TO STATUS OF ARBITRATION

**COMES NOW,** the parties and file their joint report as to the status of arbitration in the above-referenced action as follows:

1. That counsel for Plaintiff and counsel for Defendant have conferred regarding the status and commencement of arbitration in the above-referenced action.

2. That counsel for Plaintiff has advised counsel for Defendant that he intends to initiate arbitration proceedings in Texas pursuant to the terms of the arbitration agreement between the parties within thirty (30) days.

3. That the undersigned counsel for Defendant was authorized by counsel for Plaintiff to file this joint report on behalf of the parties.

Dated this the 5th day of July, 2005.

ROGER S. MORROW (MOR032)
JOEL H. PEARSON (PEA019)
Attorneys for Defendant Houston Freightliner, Inc., incorrectly named in the Complaint as Freightliner of Houston, Inc.

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
P. O. Box 4804
122 South Hull Street
Montgomery, AL  36103
Telephone:  (334) 262-7707
Facsimile:   (334) 262-7742

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing document upon the following by placing a copy of the same in the United States mail, first class postage prepaid, as well as by facsimile transmission; on this the 5th day of July, 2006.

Honorable Todd E. Hughes
Vercelli & Associates, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049
(Facsimile No.: 334-834-8807)

_____
Of Counsel

2