IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 AUG -7  P 4: 47

| | |
|---|---|
| LONNIE LEWIS, ) | |
|       Plaintiff, ) | |
| v. ) | CIVIL ACTION NO.: 2:05-cv-690-WKW |
| FREIGHTLINER OF HOUSTON, INC., ) | |
|       Defendant. ) | |

## JOINT STATUS REPORT AS TO STATUS OF ARBITRATION

**COMES NOW,** Plaintiff, Lonnie Lewis and Defendant, Freightliner of Houston, Inc., by and through the undersigned counsel and file the following report regarding the status of arbitration in the above-referenced case as follows, to wit:

1. That the parties have settled this case and jointly prepared documents for the disposition of this case are expected to be filed within the next fourteen (14) days; therefore, arbitration has become unnecessary.

2. That the undersigned counsel for Defendant has the permission and consent of counsel for Plaintiff to file this joint report concerning status of arbitration.

Dated this the 7th day of August, 2006.

ROGER S. MORROW (MOR032)
JOEL H. PEARSON (PEA019)
Attorneys for Defendant Houston Freightliner, Inc., incorrectly named in the Complaint as Freightliner of Houston, Inc.

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
P. O. Box 4804
122 South Hull Street
Montgomery, AL  36103
Telephone:  (334) 262-7707
Facsimile:   (334) 262-7742

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing document upon the following by placing a copy of the same in the United States mail, first class postage prepaid, as well as by facsimile transmission; on this the 7th day of August, 2006.

Honorable Todd E. Hughes
Vercelli & Associates, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049
(Facsimile No.: 334-834-8807)

_____
Of Counsel

2