IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LONNIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-690-WKW |
| | ) | |
| FREIGHTLINER OF HOUSTON, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Upon consideration of the representation to the court in the Joint Status Report filed on August 7, 2006 (Doc. # 13) that the parties have settled this case, it is hereby

ORDERED that on or before August 24, 2006, the parties shall file a Joint Stipulation of Dismissal.

DONE, this the 9th day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE