IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LONNIE LEWIS, | ) |
| | ) 2006 AUG 23 P 4: 41 |
| Plaintiff, | ) |
| | ) ...HACKETT |
| | ) ...STRICT COU... |
| | ) ...LE DISTRICT A... |
| v. | ) CASE NO.: 2:05-cv-690-WKW |
| | ) |
| FREIGHTLINER OF HOUSTON, | ) |
| INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS OF PLAINTIFF, LONNIE LEWIS

**COMES NOW** Plaintiff, Lonnie Lewis, and Defendant, Houston Freightliner, Inc., incorrectly named in the Complaint as Freightliner of Houston, Inc., by and through the undersigned counsel, and hereby stipulate and move this Court that this action, Plaintiff's complaint, and all claims of the Plaintiff, Lonnie Lewis, be dismissed with prejudice with each party to bear his/its own costs.

Dated this the 23rd day of August, 2006.

_____
TODD E. HUGHES, HUG040
Attorney for Plaintiff, Lonnie Lewis

_____
JOEL H. PEARSON, PEA019
One of the Attorneys for Defendant Houston Freightliner, Inc., incorrectly named in the Complaint as Freightliner of Houston, Inc..

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
122 South Hull Street
Post Office Box 4804
Montgomery, Alabama  36103-4804
Telephone: (334) 262-7707
Facsimile:  (334)  262-7742