IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| LONNIE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-690-WKW |
| | ) | (WO) |
| FREIGHTLINER OF HOUSTON, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# **FINAL JUDGMENT**

Upon consideration of the Joint Stipulation for Dismissal with Prejudice of All Claims of Plaintiff Lonnie Lewis filed on August 23, 2006 (Doc. # 15), it is hereby ORDERED and ADJUDGED as follows:

    1    The stay in the above-styled civil action is lifted.

    2.    This action is hereby dismissed with prejudice.

    2.    The costs of this action should be taxed as paid.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of August, 2006.

                                                  /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE